FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

03 DEC 11 PM 3: 05

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| SAM EVANS, and ENVIRONMENTAL REMEDIATION SYSTEMS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 03-B-0326-S |
| ROBERT G. MAYES, MINNIE MAYES, and COLUMBIA SOUTHERN UNIVERSITY, INC., | ) ) ) ) | |
| Respondent(s). | ) ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. Accordingly, the defendants' motion to dismiss is due to be granted and this case dismissed without prejudice to the plaintiffs' right to refile this case in the appropriate state court. An order in accordance with this memorandum of opinion will be entered.

DONE this _11th_ day of _December_, 2003.

Sharon Lovelace Blackburn

**Sharon Lovelace Blackburn**
United States District Judge

